# Court of Appeals
# of the State of Georgia

ATLANTA,  April 21, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1489. RESHMA A. MAHERALI v. WILLIAM HUNTER et al.**

In this civil action, the trial court issued an order granting the plaintiffs' motion for sanctions against defendant Reshma A. Maherali based on Maherali's failure to appear for a deposition, and Maherali filed this direct appeal. We lack jurisdiction.

Appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below."OCGA § 5-6-34 (a) (1); see *Paine v. Nations*, 301 Ga. App. 97, 99 (1) (686 SE2d 896) (2009). The trial court's order here was not final because it did not resolve the plaintiffs' claims against Maherali. Indeed, "discovery orders generally are interlocutory and therefore not directly appealable as final judgments." *Johnson & Johnson v. Kaufman*, 226 Ga. App. 77, 78 (485 SE2d 525) (1997).

Because this case remains pending below, Maherali was required to comply with the interlocutory appeal procedures, including obtaining a certificate of immediate review, to appeal the trial court's order. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). Maherali's failure to do so deprives us of

jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __04/21/2025_____

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*